1
2
3
4

UNITED STATES DISTRICT COURT

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

OAKLAND DIVISION

7
8

SHELBY GAIL HEIFETZ,

Case No: C 17-04299 SBA

9

Plaintiff,

**CONDITIONAL DISMISSAL
ORDER**

10

vs.

11

CINEMARK HOLDINGS, INC., et al.,

12

Defendants.

13

14          Having received notice of the settlement of this action, <u>see</u> Dkt. 34, and it appearing

15   that no issue remains for the Court's determination,

16          IT IS HEREBY ORDERED THAT this action and all claims asserted herein are

17   DISMISSED with prejudice.  All scheduled dates are VACATED.  In the event that the

18   settlement is not realized, any party may move to reopen the case and trial will be reset,

19   provided that such motion is filed within sixty (60) days of the date this order is filed.

20          IT IS SO ORDERED.

21   Dated: 03/15/2018

                                          SAUNDRA BROWN ARMSTRONG
22                                          Senior United States District Judge

23
24
25
26
27
28